STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. PETER RICHARD CAMPISI, DEFENDANT-PETITIONER.

See same case below: 47 *N. J. Super.* 455.

*Mr. Peter Richard Campisi, in propria persona.*

*Mr. Charles V. Webb, Jr.,* and *Mr. C. William Caruso* for the respondent.

March 10, 1958. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. BART BARRECCHIA, DEFENDANT-PETITIONER.

See same case below: 49 *N. J. Super.* 451.

*Mr. Louis Santorf* for the petitioner.

*Mr. Charles S. Joelson* and *Mr. Archibald Kreiger* for the respondent.

March 24, 1958. Denied.